Harry Levin, Respondent, v. John D. Dunlop, Clayton M. Allison and Another, Copartners Doing Business under the Firm Name and Style of Allison's

GARAGE, Appellants. JOHN D. DUNLOP, Appellant, v. HARRY LEVIN, Respondent. (Consolidated Actions.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.